UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ASHLEY SACCO, individually and as
parent and natural guardian of C.S., an
infant,

        Plaintiff,

   v.

WALMART, INC.; WALMART
STORES, INC.; WALMART, INC., d/b/a
Walmart Store #2405,

        Defendants

26-CV-349 (JLS) (LGF)

---

### DECISION AND ORDER

Plaintiff commenced this action, which alleges claims against Defendants based on personal injuries allegedly sustained during a fall, in New York State Supreme Court, Erie County. *See* Dkt. 1-2. Thereafter, Defendants removed the case to this Court. Dkt. 1. Plaintiff moved to remand the case to state court (Dkt. 7), and Defendants indicated their lack of opposition (Dkt. 9).

On April 16, 2026, Judge Foschio[1] issued a Report and Recommendation ("R&R"), recommending that this Court grant Plaintiff's unopposed motion to remand. *See* Dkt. 10. No party filed objections, and the time to do so has passed.

---

[1] This Court referred the case to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 3.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, the Court accepts and adopts Judge Foschio's recommendation.

For the reasons stated above and in the R&R, this Court GRANTS Plaintiff's motion to remand (Dkt. 7). The Clerk of Court shall take the necessary steps to effectuate the remand.

SO ORDERED.


Dated:       May 19, 2026
             Buffalo, New York



_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2